```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | CRIMINAL NO. 06-10250-PBS |
| ) | |
| SCHERING SALES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE

December 20, 2006

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services. It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me.  The firm has also erected a Chinese wall barring access to my personal data.

    I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a).  I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client, determine whether to object pursuant to 28 U.S.C. § 455(e).  See Canon 3D of the Code of Conduct for United States

Judges (remittal of disqualification); II Administrative Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); <u>In re Cargill</u>, 66 F.3d 1256 (1st Cir. 1995).  Any objection should be filed within one week.

/s/ Patti B. Saris

PATTI B. SARIS
United States District Judge